[No. 27457-1-I. Division One. February 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL GEORGE ANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02517-5, LeRoy McCullough, J., entered December 11, 1990. *Vacated* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.

[No. 26428-1-I. Division One. February 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO CARDENAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00820-3, Dale B. Ramerman, J., entered June 27, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Scholfield, JJ.

[No. 29779-1-I. Division One. February 16, 1993.]

ADRIAN VANDENBERG, ET AL, *Appellants*, v. GUY ALLEN AARESTAD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00630-6, David A. Nichols, J., entered November 27, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29173-4-I. Division One. February 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH B. COLBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00152-3, James H. Allendoerfer, J., entered September 9, 1991. *Dismissed* by unpublished per curiam opinion.